UNITED STATES of America,
Plaintiff–Appellee

v.

Reginald Dwayne WATSON,
Defendant–Appellant.

No. 10–50207
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 2, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Gregory L. Ahlgren, Ahlgren Law Firm, Laredo, TX, for Defendant–Appellant.

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Reginald Dwayne Watson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Watson has filed a response. Our independent review of the record, the response, and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.